IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3062 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| TONY HESSLER, | ) | |
| | ) | |
| Defendant. | ) | |

Upon application of the United States Probation Office,

IT IS ORDERED that:

1. The arrest warrant is withdrawn.

2. The Clerk of the court shall deliver a copy of this order to the United States Marshals Office.

October 16, 2009.                    BY THE COURT:

*Richard G. Kopf*
United States District Judge