IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3062 |
| | ) | |
| V. | ) | |
| | ) | |
| TONY HESSLER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that a Warrant shall be issued for service upon Tony Hessler and a hearing held by the Court to determine whether Tony Hessler has violated the conditions of supervision.

   DATED this 20th day of October, 2009.

                              BY THE COURT:

                              *Richard G. Kopf*
                              United States District Judge